# Fifth District Court of Appeal
## State of Florida
_____

Case No. 5D2024-1906
LT Case No. 1994-CF-011383-B
_____

Keith Lamont Jordan,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

W. Charles Fletcher, of the Law Office of W. Charles Fletcher, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

January 8, 2026

Per Curiam.

   Affirmed.

Jay, C.J., and Makar and Eisnaugle, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____